CCA #   13-13-00500-CR                     OFFENSE:  Aggravated Assault

STYLE:  GREGORY FONSECA v. THE STATE OF
TEXAS                                       COUNTY:  Gonzales

TRIAL COURT:        2nd 25th District Court
TRIAL COURT #:      80-12-A                 _____ MOTION
TRIAL COURT JUDGE:  Hon. W.C. Kirkendall    FOR REHEARING IS: _____
DISPOSITION: AFFIRMED                        DATE: November 13, 2014
DATE:  _____          JUDGE: LONGORIA
JUSTICE: _____ PC ___ S ____
PUBLISH: _____        DNP: _____

CLK RECORD: _____X_____          SUPP CLK RECORD _____
RPT RECORD: _____X_____          SUPP RPT RECORD _____
STATE BR: _____X_____          SUPP BR _____X_____
APP BR: _____X_____           PRO SE BR _____

## IN THE COURT OF CRIMINAL APPEALS

CCA # ___**1622-14**___

-------------------

_____**PRO SE**_____ Petition          Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

_____*REFUSED*_____                     JUDGE: _____

DATE: __*04/01/2015*__                  SIGNED: _____  PC: _____

JUDGE: ___*Pa Curiam*___                PUBLISH: _____  DNP: _____

-----------------------

_____ MOTION FOR REHEARING IN    MOTION FOR STAY OF MANDATE IS:

CCA IS: _____ ON _____       _____ ON _____

JUDGE: _____        JUDGE: _____